# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 29, 2017

*By the court:*

No. 17-1079

| | |
|---|---|
| FREDERICK C. CASHNER, JR.,<br> *Plaintiff-Appellant,* | Appeal from the United States District Court for the Northern District of Indiana, South Bend Division. |
| *v.* | |
| | No. 3:14-cv-01641 |
| JOHN J. WIDUP, et al.,<br> *Defendants-Appellees.* | Rudy Lozano,<br> *Judge.* |

**IT IS ORDERED** that the nonprecedential disposition and judgment dated November 28, 2017, are **VACATED** as improvidently issued. This appeal remains under consideration by the court.